BUFFALO, Respondent.— Judgment affirmed, with costs, upon the authority of *Barker* v. *Liberty National Bank of Jamestown* (213 App. Div. 846; affd., 240 N. Y. 688.) All concur, except Crouch, J., who dissents and votes for reversal on the law and facts and for granting judgment in favor of the plaintiff. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of Acquiring Title to Certain Lands for Park Purposes by the TOWN OF TONAWANDA, Owned by the REFLEX DEVELOPMENT COMPANY and THE BUFFALO SOCIETY OF NATURAL SCIENCES.— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TITLE AND MORTGAGE GUARANTEE COMPANY OF BUFFALO, Respondent, v. WILLIAM J. BURKE and Others, as Assessors of the City of Buffalo, Appellants.— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

RICHARD E. LINDSTROM, Appellant, v. INTERNATIONAL HARVESTER COMPANY OF AMERICA, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

OTILLA M. STEVENSON, Respondent, v. CITY OF LOCKPORT, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CARRIE BRIDENBAKER, Appellant, v. MAY KISSELL, Sometimes Known as EGLINGTON, and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. [131 Misc. 534.]

CARRIE BRIDENBAKER, Appellant, v. MAY KISSELL, Sometimes Known as EGLINGTON, and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. [131 Misc. 534.]

FRED B. SMITH, Appellant, v. JOHN CONBOY, Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, upon the ground that although the space between the white lines painted upon the pavement was not a safety zone as that term is used in the General Highway and Traffic Law,* still the rights of the plaintiff were at least equal to those of the defendant at the time the accident took place, and questions for the jury were presented both as to the negligence of the defendant and the freedom of the plaintiff from contributory negligence. All concur, except Crouch and Edgcomb, JJ., who dissent and vote for affirmance. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HARRY GILBERT, Appellant, v. JAN TOPORZYCKI and Another, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ANNA C. McCARTHY, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ARLENE SALOFF, an Infant, by MAY SALOFF, Her Guardian ad Litem, Respond-

---

* See General Highway Traffic Law, §§ 2, 12, subd. 9; Id. § 15, subd. 1. Now Vehicle and Traffic Law, § 2, subd. 23; Id. § 87, subds. 1, 2. See Laws of 1929, chap. 54, §§ 95, 99, 105.— [REP.